**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: October 05, 2026

Ms. Kimberly Grech
7461 Crowner Drive
Apartment A0007
Dimondale, MI 48821

Re: Case No. 26-1839
*Kimberly Grech v. Ford Motor Company*
Originating Case No. 5:08-cv-10729

Dear Ms. Grech,

The court has received a pleading from you via CA06_Pro_Se_Efiling@ca6.uscourts.gov on October 4, 2026, which was not signed. Pursuant to 6 Cir. R. 25 (d)(3), pro se filers must provide a written signature on documents submitted via electronic or paper means. Documents must be signed, 6 Cir. R. 25(d)(4) requires pro se filers to provide written signature on documents submitted electronic or paper means. Please note that a "/s/" signature is NOT compliant with the rule.

Please sign the enclosed pleading and return to the Sixth Circuit Court of Appeals no later than **October 19, 2026.**

Sincerely,

s/Kelly Stephens
Appeal Case Manager: James
Direct Dial No. 5135647019

cc: Mr. David Andrew Porter

Enclosure