No. 26-1839

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

FILED
Oct 8, 2026
KELLY L. STEPHENS, Clerk

KIMBERLY GRECH, aka Jane Doe,

Plaintiff-Appellant,

v.

FORD MOTOR COMPANY,

Defendant-Appellee.

O R D E R

This matter is before the court upon initial review of the notice of appeal. The district court entered its judgment on August 11, 2026. The notice of appeal filed on September 17, 2026, is late. *See* 28 U.S.C. § 2107(a); Fed. R. App. P. 4(a), 26(a).

The record indicates that Kimberly Grech has not moved in the district court for an extension of time to appeal under Federal Rule of Appellate Procedure 4(a)(5), or for reopening of the time to appeal under Federal Rule of Appellate Procedure 4(a)(6). Unless such a motion is filed in and granted by the district court, this court will be required to dismiss the appeal.

It is therefore ordered that Grech show cause in writing not later than 21 days from the date of this order why the appeal should not be dismissed for failure to comply with 28 U.S.C. § 2107(a) and Federal Rule of Appellate Procedure 4(a).

It is further ordered that the briefing schedule be held in abeyance.

ENTERED PURSUANT TO RULE 45(a),
RULES OF THE SIXTH CIRCUIT

Kelly L. Stephens, Clerk